IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02958-RPM

KATHERINE COCHELL,

    Plaintiff,

v.

HARRISON SCHOOL DISTRICT NO. 2, CITY OF COLORADO SPRINGS, COUNTY OF EL PASO, COLORADO,

    Defendant.

_____

ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

    Upon review of the Unopposed Motion to Amend Complaint [#10] filed August 31, 2011, it is

    ORDERED that the motion is granted and the Amended Complaint and Jury Demand [#10-3] attached thereto is accepted for filing. No answer is required.

    DATED: September 1st, 2011

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior Judge