IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02958-RPM

KATHERINE COCHELL,

    Plaintiff,

v.

HARRISON SCHOOL DISTRICT NO. 2, CITY OF COLORADO SPRINGS, COUNTY OF EL PASO, COLORADO,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulated Motion to Dismiss with Prejudice [13], filed January 10, 2012, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

DATED: January 11th, 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge